# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUBY L. LADD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 04-631-CJP |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 16, 2006, the final decision of the Commissioner of Social Security is **AFFIRMED**.

Judgment is entered in favor of defendant **JO ANNE B. BARNHART** and against plaintiff **RUBY L. LADD**. Plaintiff shall take nothing from this action.

**DATED**: March 16, 2006

**NORBERT G. JAWORSKI, CLERK**

BY: S/ Angela M. Vehlewald
        **Deputy Clerk**

Approved by S/ Clifford J. Proud
        **United States Magistrate Judge**
        **Clifford J. Proud**